UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00082

**Holly Lake Ranch Association, Inc.**
*Plaintiff,*

v.

**Philip J. Emerson, Jr., et al.,**
*Defendants.*

**ORDER**

Defendant Philip J. Emerson, proceeding pro se, filed a notice of removal on March 8, 2024. Doc. 1. On May 1, 2024, a magistrate judge issued an order for defendant to show cause why his case should not be dismissed for lack of subject-matter jurisdiction. Defendant did not respond by the deadline set by the magistrate judge.

On May 30, 2024, the magistrate judge issued a report recommending that the matter be remanded to state court. Doc. 5. No party filed written objections. When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court remands this case to the court in which it originated. Any pending motions are denied as moot. The clerk of court is directed to close this case.

*So ordered by the court on July 29, 2024.*

J. CAMPBELL BARKER
United States District Judge