P J Emerson
*Pro Se Defendant*
112 Red Leaf Lane
Holly Lake Ranch, Texas  75765
Phone:        (512) 763–7775
Email:        findpjemerson@gmail.com

In the

UNITED STATES DISTRICT COURT

for the Eastern District of Texas, Tyler Division.

| Holly Lake Ranch Association, Inc., | Case No. 6:24-CV-82 |
|---|---|
| *Plaintiff*, -v- Philip J. Emerson Jr., *Defendant*. | **DEFENDANT'S MOTION FOR ORDER TO REGISTER PRO SE PETITIONER AS A FILING USER IN THE ELECTRONIC FILING SYSTEM** |

TO THE HONORABLE COURT:

   Petitioner, me (a.k.a. P J Emerson), COMES NOW seeking permission for the Clerk to register me as a Filing User in the Electronic Filing System in accordance with FEDERAL RULES OF CIVIL PROCEDURE 5(d), 5(d)(3)(B), and 5(d)(3)(B)(i)–(ii), and in accordance with UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS LOCAL RULES (December 1, 2022) CV-5(a)(2), CV-5(a)(2)(B), and CV-5(b), and in support of this Honorable Court permitting my registration shows the following:

1

## I. Assertions

1.  It is asserted that allowing my registration in the Electronic Filing System as a Filing User will:

(a). Remove the burden of traveling to the courthouse to file papers since I don't have a vehicle.

(b). Remove the expense burden associated with mailing papers to the courthouse and parties;

(c). Remove the mail delay in deeming a document filed;[1]

(d). Permit me to link related documents in accordance with the instructions on page 4 of the EASTERN DISTRICT OF TEXAS ELECTRONIC CASE FILING USER'S MANUAL (Rev. July 27, 2022);

(e). Permit me to "hyperlink to a previously filed document(s) in the same case, or another case that resides on the CM/ECF system where the filing is being entered, or on any other court's CM/ECF system" in accordance with the UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS VERSION 3.1 CROSS-DOCUMENT HYPERLINK QUICK REFERENCE GUIDE;

(f). Permit me to "[c]reate [h]yperlinks [between] [d]ocuments [f]iled in the [s]ame [e]vent" in accordance with the UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS VERSION 3.1 CROSS-DOCUMENT HYPERLINK QUICK REFERENCE GUIDE;

---

[1] *See* U.S. DIST. CT. E. DIST. TEX. LOC. R. CV-5, CV-5(a)(3), CV-5(a)(3)(A)–(B) (describing the "Significance of Electronic Filing").

(g).   Permit me to attach large documents to a docket entry in accordance with UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS INSTRUCTIONS FOR ATTACHING LARGE DOCUMENTS TO DOCKET ENTRIES;

(h).   Permit me to "save each document [I am] served during the 'one free look' period (15 days after the NEF is sent)" as displayed under "Advisory to Non-Prisoner Pro Se Litigant E-Filer" on the Court's "ECF Registration" web page;[2]

(i).   Reduce Respondents' document-coordination burdens, if any; and,

(j).   Reduce the invasions of privacy sanctioned by Wood County law enforcement personnel.

## II.   Certificate of Compliance

2.   I will "abide by the Federal Rules of Civil Procedure, Eastern District of Texas' Local Rules, and the instructions provided in the ECF Training resources posted on the court's website" as posted under "Advisory to Non-Prisoner Pro Se Litigant E-Filer" on the Court's "ECF Registration" web page.

## III.   Lack of Prejudice to Plaintiff

3.   Ordering the Clerk of the Court to register me as a Filing User will not prejudice the currently-named-Plaintiff and, or, later-named Plaintiff or Plaintiffs and, or, later-named third-party Defendant or third-party Defendants that may be added by order of the Court. FED. R. CIV. P. 19(a)(1)(A), 21; *United States v. Elam*, 930 F.3d 406, 409 (5th Cir. 2019).

## IV.   Request for Order

4.   Based on the above-stated assertions, and because (1) I have certified that I will comply with electronic filing procedure and rules governing the electronic filing process, and (2)

---

[2] *Available at* https://txed.uscourts.gov/?q=cmecf-registration (last accessed Mar. 6, 2023).

registering me as a Filing User in the Electronic Filing System in this case will not prejudice Respondents, I respectfully ask this Honorable Court to allow the Clerk to register me as a Filing User in the Electronic Filing System.

Respectfully submitted this 23rd day of August 2024,

P J Emerson
112 Red Leaf Lane
Holly Lake Ranch, Texas  75765
Phone:         (512) 763-7775
Email:         findpjemerson@gmail.com

## CERTIFICATE OF SERVICE

I certify that the foregoing motion has this day been served on the Holly Lake Ranch Association, Inc., through its attorney registered to receive pleadings by email through Texas's electronic filing manager

SIGNED:     August 23, 2024.

P J Emerson